UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AGRONY YOUNGBLOOD-THOMAS,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 05-CV-72168-DT

HON. GEORGE CARAM STEEH
MAG. JUDGE WALLACE CAPEL, JR.

## JUDGMENT

This action came before the court, Honorable George Caram Steeh, District Judge, presiding, and the issues having been duly reviewed and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the court DENY plaintiff's motion for summary judgment, GRANT defendant's motion for summary judgment and enter judgment for defendant Commissioner.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Josephine Chaffee
                     DEPUTY COURT CLERK

Dated: June 14, 2006